UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:04CV644-K

**FILED**
CHARLOTTE, N. C.

JAN 3 1 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

JAMES MORRISON, )
)
    Plaintiff, )
)
v. )    **NOTICE OF MUTUAL VOLUNTARY**
)    **DISMISSAL WITH PREJUDICE**
TOYOTA MOTOR CREDIT CORPORATION )
A.K.A. TOYOTA FINANCIAL SERVICES, )
)
    Defendant. )
)

    Plaintiff and Defendant hereby dismiss this action with prejudice. Each party is responsible for its own costs and attorney fees.

    This the 19th day of January, 2006.

_____
Adam L. Horner
Attorney for Plaintiff
James, McElroy & Diehl, P.A.
600 South College Street
Charlotte, NC 28202
Telephone: (704) 372-9870

CHRISTOPHER LEWIS WHITE, P.A.

_____
Christopher Lewis White
Attorney for Defendant
N.C. State Bar #12798
P.O. Box 31428
Raleigh, North Carolina 27622
Telephone: (919) 832-6778

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**